```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MANUEL ANGUIANO-FIGUEROA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MANUEL ANGUIANO-FIGUEROA,<br><br>               Defendant. | No. 2:07-cr-00504-MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  January 3, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's January 3, 2008, calendar, that it be continued until January 31, 2008, at 9:00 a.m., and that time be excluded between January 3, 2008 and January 31, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1    This continuance is sought in order to obtain the Probation
2 Office's pre-plea presentence report and to consult with government
3 counsel regarding terms of resolution of this case.
4    **IT IS SO STIPULATED.**
5
6 Dated:   January 2, 2008        /S/ Kyle Reardon
                                  KYLE REARDON
7                                 Assistant United States Attorney
                                  Counsel for Plaintiff
8
9
10 Dated:   January 2, 2008        /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
11                                Counsel for Defendant
                                  MANUEL ANGUIANO-FIGUEROA
12
13                         **O R D E R**
14
15    **IT IS SO ORDERED.**
16  Dated: January 4, 2008
17
18                                  _____
                                    MORRISON C. ENGLAND, JR.
19                                  UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

Stipulation & Order
Continuing Case and Excluding Time        2